IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO.4:23-CR-00577-4 |
| | § | |
| JAKOBE ANDERSON | § | |

## OPPOSED MOTION TO RECONSIDER BOND

**TO THE HONORABLE JUDGE ANDREW S. HANEN:**

Defendant Jakobe Anderson ("Anderson"), by and through his attorney of record, respectfully moves this court to reopen the issue of detention pursuant to 18 U.S.C. § 3142(f) for his release on personal recognizance. Currently, Defendant is charged with violations of 18 U.S.C. § 1951(a), as well as 21 U.S.C. §§ 841(b)(1)(D), 846 and 18 U.S.C. §§ 924(c)(1)(B)(ii) and (2). As grounds for this motion, Defendant's attorney, states:

1. Defendant was arrested on March 13, 2023, on this day he waived his detention hearing and an order of detention was entered [Document 101].

2. Defendant is 20 years of age. He is a citizen of the United States who does not have a passport and has lived in the Houston area his entire life. Defendant's mother passed away in July of 2022 and his father lives in Louisiana.

3. At the time of his arrest, and waiver of his detention hearing, the only household where Defendant could reside was with 28 year old sister Ebony Brown in Houston. Ms. Brown is currently serving as the third party custodian for Defendant's brother Shakeil Anderson who is on federal pretrial release in cause number 4:22-CR-00555. *See Pretrial*

*Report March 13, 2023.* Pretrial determined that Ms. Brown was disqualified to act as a third-party custodian. *See Pretrial Report March 13, 2023*.

4. On May 19, 2023, the Defendant's long-time family friend Tyce Glover, contacted Defense Counsel to state that he was moving into a new apartment in June and would agree to ensure that Defendant appear for all court proceedings.

5. June 20, 2023, Defense Counsel contacted Mr. Glover and confirmed that he has established his new residence. Mr. Glover confirmed that he resides at 107 Hargest St., Prairie View, Texas 77445, located in Waller County.

6. Mr. Glover owns his own business delivering firewood to restaurants in Houston and the surrounding area. Mr. Glover confirmed that he would provide Defendant with full time employment.

7. Defendant, if released, promises to remain employed.

8. Defendant would gladly wear an ankle monitor and abide by the curfew set by this Court, or any other conditions this Court orders.

9. Defendant, if released, will stay with Mr. Glover, who will guarantee that he appears for any and all hearings and meetings with probation and pretrial services.

10. Defendant asserts that if he is released, under no circumstances will he attempt to flee.

THEREFORE, in light of the new information that Defendant now has an appropriate third-party custodian, counsel for Defendant Jakobe Anderson respectfully requests that he be released on his own recognizance.

Respectfully submitted,

*/s/ Aimee Bolletino*
Aimee Bolletino
State Bar No. 24056717
212 Stratford St.
Houston, Texas 77006
Telephone: (713) 363-3990
Facsimile: (713) 583-1123
Email:
Bolletino@BolletinoLaw.com
*Attorney for Jakobe Anderson*

## CERTIFICATE OF CONFERENCE

On June 21, 2023, I certify that I have conferred with Ms. Lisa Collins, attorney for the United States of America, about the merits of this motion and she opposes the requested relief.

*/s/ Aimee Bolletino*
Aimee Bolletino

## CERTIFICATE OF SERVICE

On June 21, 2023, I filed the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas. I hereby certify that I have served the document on all counsel of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Aimee Bolletino*
Aimee Bolletino