IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON TEXAS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § <br> § <br> §    **4:22-CR-00577** <br> § <br> § <br> § <br> § <br> § <br> § |
| **V.** | |
| **JCOI BARLEY, et al.** | |

## UNOPPOSED JOINT MOTION FOR CONTINUANCE OF JURY TRIAL

**TO THE HONORABLE ANDREW S. HANEN:**

Defendant Travonte Ardoin, by and through his attorney of record, James Alston, asks the court to enter an order for all defendants and continue the jury trial in this case, and to issue a new scheduling order. Defendant Jcoi Barley, by and through his attorney of record, Winston Cochran, Jr.; Defendant Terrell Davis, by and through his attorney of record, Joyce Raynor; Defendant Chase Franklin Williams, by and through his attorney of record, James Eric Ashford; Defendant Jakobe Anderson, by and through his attorney of record, Aimee Bolletino; Defendant Markel Brown, by and through his attorney of record, Brett Podolsky; Defendant Terry Ardoin, by and through his attorney of record, Gregory Gladden; Defendant Emery Goodley, by and through his attorney of record, Robert Fickman; and Defendant Jymonte McClendon, by and through his attorney of record, Kenneth McGuire, join in this motion for continuance.

The jury trial is currently scheduled for May 13, 2024. The discovery in this

case is voluminous. Recently, all defense counsel received the discovery from the Coordinating Discovery Attorney that was approved by the court. All defense counsel need additional time to review this discovery and prepare defenses to the allegations.

Pursuant to the Speedy Trial Act, §§ 18 U.S.C. 3161(h)(7)(A) and (B)(iv), defense counsel requests the court to enter an order granting a continuance for all defendants on the basis that the ends of justice will be served by allowing all defense counsel the reasonable time necessary to review discovery and investigate possible defenses to the allegations so that all defense counsel can render effective representation and assistance of counsel.

Defense counsel has consulted with AUSA Lisa Collins, who is unopposed to this motion for continuance.

All defense counsel ask that the jury trial be continued until the end of September 2024.

Respectfully submitted,

/s/ *James Alston*
JAMES ALSTON
Attorney for Defendant Travonte Ardoin
Fed. No. 30878
State Bar No. 00786974
1415 North Loop West, Suite 905
Houston, Texas 77008
Ph. 713-228-1400

        /s/ *Winston Cochran, Jr.*
        Attorney for Defendant Jcoi Barley

        /s/ *Joyce Raynor*
        Attorney for Defendant Terrell Davis

        /s/ *James Eric Ashford*
        Attorney for Defendant Chase F. Williams

        /s/ *Aimee Bolletino*
        Attorney for Defendant Jakobe Anderson

        /s/ *Brett Podolsky*
        Attorney for Defendant Markel Brown

        /s/ *Gregory Gladden*
        Attorney for Defendant Terry Ardoin

        /s/ *Robert Fickman*
        Attorney for Defendant Emery Goodley

        /s/ *Kenneth McGuire*
        Attorney for Defendant Jymonte McClendon

## CERTIFICATE OF CONFERENCE

Defense counsel has consulted with AUSA Lisa Collins and the government is unopposed to this motion.

Defense counsel has consulted with Winston Cochran, Jr., attorney for Jcoi Barley; Joyce Raynor, attorney for Terrell Davis; James Eric Ashford, attorney for Chase Franklin Williams; Aimee Bolletino, attorney for Jakobe Anderson; Brett Podolsky, attorney for Markel Brown; Gregory Gladden, attorney for defendant Terry Ardoin; Robert Fickman, attorney for Emery Goodley; and Kenneth McGuire, attorney for Jymonte McClendon, and each attorney joins in this motion for

continuance.

/s/ *James Alston*
JAMES ALSTON

## CERTIFICATE OF SERVICE

I, James Alston, hereby certify that a true and correct copy of the foregoing instrument was forwarded by email and ECF to AUSA Lisa Collins and all defense counsel on April 8, 2024.

/s/ *James Alston*
JAMES ALSTON

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § § § § § § § § **V.** § § **JCOI BARLEY, et al.** § § | 4:22-CR-00577 |

### ORDER

Pursuant to the Speedy Trial Act, 18 U.S.C. Section 3161(h)(7)(A), the Court finds that the ends of justice will be served by allowing the defendants additional time in which to prepare this case, and these findings outweigh the best interest of the public and the defendant in a speedy trial. The Court's basis for this finding is that the failure to grant a continuance, in this case, would deny counsel for the defendants the reasonable time necessary for effective preparation and for effective assistance of counsel, taking into account the exercise of due diligence. See 18 U.S.C. §3161(h)(B)(iv).

Accordingly, it is ordered that the Defendants' unopposed joint motion for continuance, Docket # _____, is GRANTED, and the time between _____ is excluded from consideration under the Speedy Trial Act, 18 U.S.C. §3161(h).

Motion filing due _____.

Responses due _____.

Pretrial Conference set _____.

Jury Trial set _____.

      Signed on _____ day of _____, 2024.

_____
JUDGE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE