IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | |
| VS. | § | DOCKET NO. 4:22-CR-00577-2 |
| | § | |
| | § | |
| TERRELL DAVIS | § | |

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL

TO THE HONORABLE JUDGE:

Defendant, TERRELL DAVIS, moves this Court for a 90-day continuance of the trial and respectfully shows the following:

The above-entitled cause is set for a jury trial on January 27, 2025. Counsel has been informed by the government that additional discovery is forthcoming. When the additional discovery is produced, counsel will need time to review and study the discovery, discuss it with Mr. Davis, and conduct necessary investigation to prepare for trial.

For the foregoing reasons, Defendant, TERRELL DAVIS respectfully requests the Court grant this motion and continue the trial for at least 90 days.

Respectfully submitted,



Dan W. Richardson
Attorney at Law
710 N. Post Oak Road, Suite 400
Houston, TX 77024
Telephone: 713-821-3151
Facsimile: 713-613-2908
danwrichardson@gmail.com
Texas SBN 24013397
Southern District of Texas Admission
Number 616034
ATTORNEY IN CHARGE

## CERTIFICATE OF SERVICE

I, Dan W. Richardson, hereby certify that a copy of the foregoing motion has been served upon Mr. Hunter Brown, Assistant United States Attorney, by email and the Court's ECF, on this the 15th day of January 2025.

I, Dan W. Richardson, hereby certify that a copy of the foregoing motion has been served upon the attorneys representing the co-defendants by email and the Court's ECF, on this the 15th day of January 2025.

Dan W. Richardson

## CERTIFICATE OF CONFERENCE

I, Dan W. Richardson, hereby certify I have emailed Mr. Hunter Brown, Assistant United States Attorney, regarding this motion and he is unopposed.

I, Dan W. Richardson, hereby certify I have emailed the attorneys representing the co-defendants regarding this motion.  Except for the attorney for Jakobe Anderson, all have indicated they are unopposed.  I have not heard back from the attorney for Mr. Anderson.

Dan W. Richardson