# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                                    Case Number: 4:22−cr−00577

Travonte Ardoin

---

## Notice of Setting

**A proceeding has been set in this case as to Travonte Ardoin as set forth below.**

**BEFORE:**
**Magistrate Judge Richard W Bennett**

**LOCATION:**
Courtroom 700
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 8/6/2025

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Motion Hearing
Applicable defendant(s) required to be present at the hearing.

RE: Sealed Event − #192

---

Date:   August 5, 2025                                            Nathan Ochsner, Clerk