# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                          Case Number: 4:22–cr–00577

Maurkael Brown

---

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Maurkael Brown as set forth below.**

**Before the Honorable Peter Bray**

**PLACE:**
Courtroom 703
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 2/5/2026

**TIME:** 03:30 PM

**TYPE OF PROCEEDING:** Motion Hearing

---

Date: January 28, 2026                                      Nathan Ochsner, Clerk