United States District Court
Southern District of Texas
**ENTERED**
April 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 4:22-CR-577 - 11 |
| | § | |
| | § | |
| DEANDRE THOMPSON | § | |

**ORDER ON DEFENDANT'S UNOPPOSED**
**MOTION FOR CONTINUANCE**

Upon unopposed motion of Defendant, Deandre Thompson, for a continuance of the trial and motions deadlines in this case, and the Court having reviewed the facts and legal issues surrounding said motion, this Court hereby GRANTS/DENIES said motion. The Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that Motions deadline be extended to August 17, 2026 and the trial of this case to be reset to the 28th day of September 2026, at 09:00 a.m.

SIGNED this ___ day of APR 2 2 2026, 20__.

UNITED STATES DISTRICT JUDGE