Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

*January 08, 2026*

Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA,**

                      Plaintiff,

    v.

**(1) JCOI BARLEY,**
**a/k/a "SMILEY,"**

**(2) WALTER HARRIS,**

**(3) TERRELL DAVIS,**
**a/k/a "RELL D,"**

**(4) WALTER TOLBERT,**
**a/k/a "LIL WALT,"**

**(5) SHAKEIL ANDERSON,**
**a/k/a "KEIL" and "32,"**

**(6) QUINCY ANDERSON,**
**a/k/a "Q,"**

**(7) JAKOBE ANDERSON,**
**a/k/a "24,"**

**(8) CHASE FRANKLIN-WILLIAMS,**
**a/k/a "JANKY,"**

**(9) TERRY ARDOIN,**
**a/k/a "JERICHO" and "TERRIO,"**

**(10) TRAVONTE ARDOIN,**

**(11) DEANDRE THOMPSON,**
**a/k/a "MAN MAN,"**

**(12) DERRICK BLAND,**

**(13) EMERY GOODLEY,**
**a/k/a "EJ,"**

**(14) JYMONTE MCCLENDON,**

**Case No.** <u>22-00577-01/20-CR-H-ASH</u>

(UNDER SEAL)

1

a/k/a "TUTTIE" and "RED FOX,"

**(15) MARK ATLEE,**
a/k/a "LIL MARK,"

**(16) MAURKAEL BROWN,**
a/k/a "KAEL,"

**(17) ORLANDER CALLOWAY,**
a/k/a "TUEY,"

**(18) JAYLON LEVINE,**

**(19) JASON ARGUETA,**
a/k/a "JASO" and "JAYSO,"

and

**(20) JOSE QUIROZ,**

Defendants.

## S U P E R S E D I N G   I N D I C T M E N T

**THE GRAND JURY CHARGES:**

### COUNT ONE
**(RICO Conspiracy)**

### INTRODUCTION

1.    At various times relevant to this Indictment, the following defendants,

**JCOI BARLEY a/k/a "Smiley,"**
**WALTER HARRIS,**
**TERRELL DAVIS a/k/a "Rell D,"**
**WALTER TOLBERT a/k/a "Lil Walt,"**
**SHAKEIL ANDERSON a/k/a "keil" a/k/a "32,"**
**QUINCY ANDERSON a/k/a "Q,"**
**CHASE FRANKLIN-WILLIAMS a/k/a "Janky,"**
**TERRY ARDOIN a/k/a "Jericho" a/k/a. "Terrio,"**
**TRAVONTE ARDOIN,**
**DEANDRE THOMPSON a/k/a "Man Man,"**
**DERRICK BLAND,**
**JYMONTE MCCLENDON a/k/a "Tuttie" a/k/a "Red Fox,"**
**MARK ATLEE a/k/a "Lil Mark,"**

2

**MAURKAEL BROWN a/k/a "Kael,"**
**ORLANDER CALLOWAY a/k/a "Tuey,"**
**JASON ARGUETA a/k/a "Jaso" a/k/a "Jayso," and**
**JOSE QUIROZ**

and others known and unknown to the Grand Jury, were members and associates of a criminal organization known as FREE MONEY whose members and associates engaged in acts of violence, including murder, attempted murder, assault, robbery, various firearms offenses, narcotics distribution, and other criminal activities, and which operated in the Southern District of Texas, and elsewhere.

2.      FREE MONEY was a violent street gang consisting of members and associates from the Southeast portion of Houston, Texas.  FREE MONEY and its members and associates predominately operated in the Southern District of Texas, specifically in the Southlawn area of Southeast Houston, but also engaged in criminal activities in and around other areas of Houston, and of Texas.

3.      FREE MONEY, including its leaders, members and associates, constituted an enterprise, as defined by Title 18, United States Code, Sections 1961(4) and 1959(b)(2), that is, a group of individuals associated in fact that engaged in, and the activities of which affected, interstate and foreign commerce (hereinafter, "FREE MONEY" or the "Enterprise"). FREE MONEY constituted an ongoing organization whose members and associates functioned as a continuing unit for a common purpose of achieving the objectives of the Enterprise.

4.      Certain FREE MONEY members held more power than others due to their status, money making ability, violent nature, or longevity in the gang. These members dictated what actions FREE MONEY members must perform. FREE MONEY members would follow the direction and leadership of these members due to their status and longevity in the FREE MONEY gang.

5. FREE MONEY gang members and associates resided in and frequented the geographic neighborhoods of Southeast Houston, commonly carried firearms on their persons, and had established gang "hang outs" and "territory," such as specific strip mall shopping centers, parks, and apartment complexes that were free of rival gang members.

6. FREE MONEY members and associates often communicated through various forms of electronic communication, including social media, phone calls, and text messages. At times, FREE MONEY members and associates used symbols and code words in their communications to avoid revealing their criminal activity.

7. FREE MONEY members and associates used social media platforms such as Instagram in order to communicate. As part of their social media posts, FREE MONEY members and associates identified themselves by using words such as "free money" or "Push Up," and by using emojis featuring stacks of U.S. Currency with wings. Additionally, FREE MONEY members and associates created social media account names that sometimes incorporated the word "Freemoney" in the name.

8. FREE MONEY members and associates commonly posted comments and remarks meant to be disrespectful of rival gang members and associates. Drive-by shootings and targeted violence were often driven by these back-and-forth comments with members of rival gangs.

9. FREE MONEY gang members and associates worked with other cliques and gangs as part of a loose gang alliance called the "Push Up" alliance, to carry out illegal activities for the benefit of the Push Up alliance's membership.

10. The primary rivals of FREE MONEY were criminal street gangs and cliques that constituted the "Scoot Up" alliance, including 100% Third Ward (103), Early Boys, Problem Gang, and other gangs within the Third Ward and South Park areas of Southeast Houston, Texas.

11. FREE MONEY members and associates were expected to violently protect the name,

4

reputation, status, and territory of the Enterprise from rival gangs.

12. FREE MONEY members and associates fought with other street gangs for control of territory from which they conducted narcotics trafficking and other crimes and recruited and intimidated non-gang members. FREE MONEY members and associates engaged in acts of violence and intimidation to control illegal activities, to claim or maintain established territory, to retaliate against rival or suspected rival gang member, to gain notoriety and respect, to dissuade cooperation with law enforcement, and to send a message to others that they are a strong, powerful gang that was not to be provoked.

13. FREE MONEY members and associates committed robberies of both civilians and rival drug dealers. FREE MONEY members and associates used robbery and theft as a mechanism to obtain money to support the Enterprise.

14. FREE MONEY members and associates assisted each other in committing violent crimes by sharing weapons; obtaining or stealing cars to use; and when arrested, providing funds for bond, attorney fees, and prison commissary accounts.

15. FREE MONEY members and associates engaged in drug trafficking, primarily by selling to direct users. FREE MONEY members and associates "fronted," or supplied on credit, drugs to other FREE MONEY members and associates and sometime shared drug sale profits.

## PURPOSE OF THE ENTERPRISE

16. The purposes of the Enterprise included, but were not limited to:

a. Enriching the members and associates of the Enterprise through, among other things, the distribution of controlled substances and committing robbery.

b. Preserving and protecting the power, territory, and profits of the Enterprise through murder, attempted murder, intimidation, robbery, home invasions, assaults, and threats of violence.

c.   Promoting and enhancing the Enterprise and its members' and associates' activities through social media.

d.   Keeping victims and witnesses in fear of the Enterprise and its members and associates through threats of violence.

e.   Providing support to members and associates of the Enterprise who were charged with, or incarcerated for, gang-related activities.

f.   Retaliating against rival gang members and others who committed, or were perceived to have committed, acts of violence or other acts against the Enterprise, and its members and associates.

g.   Committing acts of violence against the members and associates of rival gangs.

h.   Earning respect or "street" credibility by perpetrating acts of violence, including shootings and acts involving murder against others and responding to any perceived disrespect to members of the Enterprise.

## MEANS AND METHODS OF THE ENTERPRISE

17.   Among the means and methods by which the members and the associates of the Enterprise conducted and participated in the conduct of the affairs of the Enterprise were the following:

a.   Members and associates of the Enterprise obtained and shared firearms within the Enterprise to protect its members and associates, and to threaten and commit violence against its rivals.

b.   Members and associates of the Enterprise conspired to distribute, attempted to distribute, and did distribute controlled substances, including but not limited to cocaine, cocaine base ("crack cocaine"), methamphetamine, prescription pills, and marijuana.

c.   Members and associates of the Enterprise distributed these controlled substances

6

from drug trap house location, two of which were located at 8100 Lenora Street, which they referred to as "Part 2" and 6511 England Street, both in Houston, Texas.

d. Members and associates of the Enterprise agreed, planned, and conspired to commit acts of violence and shootings, including murder, against rival gang members and associates.

e. Members and associates of the Enterprise frequently used terms such as "Freemoney," "free," and "push-up" to show their alliance to the Enterprise.

f. Members and associates of the Enterprise promoted a climate of fear through violence and threats of violence.

**RACKETEERING CONSPIRACY**

18.    From on or about January 1, 2016, and continuing through on or about the date of this Indictment, both dates being approximate and inclusive, within the Southern District of Texas and elsewhere, the defendants,

**JCOI BARLEY a/k/a "Smiley,"**
**WALTER HARRIS,**
**TERRELL DAVIS a/k/a "Rell D,"**
**WALTER TOLBERT a/k/a "Lil Walt,"**
**SHAKEIL ANDERSON a/k/a "keil" a/k/a "32,"**
**QUINCY ANDERSON a/k/a "Q,"**
**CHASE FRANKLIN-WILLIAMS a/k/a "Janky,"**
**TERRY ARDOIN a/k/a "Jericho" a/k/a. "Terrio,"**
**TRAVONTE ARDOIN,**
**DEANDRE THOMPSON a/k/a "Man Man,"**
**DERRICK BLAND,**
**JYMONTE MCCLENDON a/k/a "Tuttie" a/k/a "Red Fox,"**
**MARK ATLEE a/k/a "Lil Mark,"**
**MAURKAEL BROWN a/k/a "Kael,"**
**ORLANDER CALLOWAY a/k/a "Tuey,"**
**JASON ARGUETA a/k/a "Jaso" a/k/a "Jayso,"** and
**JOSE QUIROZ**

together with others known and unknown to the Grand Jury, each being a person employed by and associated with FREE MONEY, an enterprise engaged in, and the activities of which affected,

7

interstate and foreign commerce, did knowingly and intentionally conspire to violate Title 18 of the United States Code, Section 1962(c), that is, to conduct and participate, directly and indirectly, in the conduct of the affairs of the enterprise through a pattern of racketeering activity, as that term is defined by Title 18 of the United States Code, Sections 1961(1) and (5), which pattern of racketeering consisted of:

a.  multiple acts involving murder, chargeable under Texas Penal Code, Sections 19.02, 7.01, 7.02, 15.01,  15.02, and 15.03;

b.  multiple acts involving robbery, chargeable under Texas Penal Code, Sections 29.02, 29.03, 7.01, 7.02, 15.01, 15.02, and 15.03,;

c.  multiple acts indictable under Title 18, United States Code, Section 933 (relating to trafficking in firearms);

d.  multiple acts indictable under Title 18, United States Code, Section 1951 (relating to interference with commerce, robbery, or extortion); and

e.  multiple offenses involving narcotics trafficking, in violation of Title 21, United States Code, Sections 841, 843, and 846.

It was a further part of the conspiracy that each defendant agreed that a conspirator would commit at least two acts of racketeering activity in the conduct of the affairs of the Enterprise.

**OVERT ACTS**

19.    In furtherance of the conspiracy and to achieve the object thereof, the defendants and others known and unknown to the Grand Jury, committed and  caused to be committed the various overt acts, including but not limited to, the following:

20.    Beginning in or about 2016 and continuing through on or about the date of this Indictment, **JCOI BARLEY, WALTER HARRIS, TERRELL DAVIS, WALTER TOLBERT, SHAKEIL ANDERSON, QUINCY ANDERSON, CHASE FRANKLIN-**

8

**WILLIAMS, TERRY ARDOIN, TRAVONTE ARDOIN, DEANDRE THOMPSON, DERRICK BLAND, JYMONTE MCCLENDON, MARK ATLEE, MAURKAEL BROWN, ORLANDER CALLOWAY, JASON ARGUETA, JOSE QUIROZ** and other FREE MONEY members and associates distributed methamphetamines, cocaine, and marijuana.

21.     On or about August 23, 2016, **TERRELL DAVIS** possessed a Glock 22 handgun and magazine, and other FREE MONEY members and associates who were with **DAVIS** possessed marijuana, promethazine, and a stolen 9mm Taurus handgun.

22.     On or about, February 12, 2017, **JCOI BARLEY, TERRELL DAVIS** and another FREE MONEY member attempted to kill suspected rival gang members I.H., M.W., J.D., D.K. and R.G. by shooting into their vehicle.

23.     On or about January 20, 2018, **TERRELL DAVIS** possessed two handguns and 20 individual packets of marijuana.

24.     On or about February 3, 2018, **JCOI BARLEY** and other FREE MONEY members and associates possessed two firearms and marijuana.

25.     On or about April 23, 2018, **JCOI BARLEY** threatened fellow FREE MONEY member, D.M., and threatened D.M.'s mother because **BARLEY** believed D.M. had stolen from a FREE MONEY drug trap house location.

26.     On or about June 6, 2018, **JCOI BARLEY** threatened to kill a rival gang member, D.A.

27.     On or about July 30, 2018, **JCOI BARLEY** possessed with intent to distribute cocaine base ("crack cocaine"), marijuana, and prescription pills.

28.     On or about January 23, 2019, Jaylon Levine and other FREE MONEY members and associates robbed S.P. at gunpoint, stealing S.P.'s pink handgun and carjacking S.P.'s car.

9

29.    On or about January 24, 2019, Jaylon Levine (not charged in in this count) advertised S.P.'s stolen firearm for sale for "275$ or lower" on Instagram.

30.    On or about May 29, 2019, **QUNICY ANDERSON** and other FREE MONEY members and associates shot repeatedly at rival gang member M.W.

31.    On or about May 31, 2019, **QUINCY ANDERSON** and other FREE MONEY members and associates shot repeatedly at rival gang member L.M.

32.    On or about September 28, 2019, **CHASE FRANKLIN-WILLIAMS** and other FREE MONEY members and associates shot T.S.

33.    On or about October 6, 2019, **CHASE FRANKLIN-WILLIAMS** and other FREE MONEY members and associates shot into a group of people, killing bystander Mark Barnes-Calvin and shooting and injuring B.C-R.

34.    On or about October 28, 2019, **CHASE FRANKLIN-WILLIAMS** and another FREE MONEY member attempted to murder rival gang member J.W.

35.    On or about November 28, 2019, **DEANDRE THOMPSON** told **MARK ATLEE** that he had a "tool" and said it was a Smith and Wesson firearm; **ATLEE** responded that he was going to get his "tool."

36.    On or about December 19, 2019, **MARK ATLEE** asked **DEANDRE THOMPSON** for ammunition, to which **THOMPSON** told him, "Our gun don't take the same bullet's fool you got a XD 40 I got a Smith and Wesson 9".

37.    On or about January 16, 2020, **MARK ATLEE** told another FREE MONEY member that he had an XD 40 firearm.

10

38.     Between on or about January 24, 2020, and January 27, 2020, **MARK ATLEE, WALTER TOLBERT,** and other FREE MONEY members and associates planned a home invasion robbery using a car that was previously stolen.

39.     Between on or about January 24, 2020, and January 27, 2020, during an attempted home invasion robbery, **MARK ATLEE** lost his gun because he left it inside the stolen vehicle they were planning to use for the robbery.

40.     On or about March 7, 2020, **MARK ATLEE** posted on Instagram that "im in third ward with these opps ass niggas," the Third Ward of Southeast Houston being home territory of rival gangs belonging to the Scoot Up alliance.

41.     On or about May 26, 2020, **MARK ATLEE** announced that he planned on getting "a tool" for "protection … im finna start selling weed."

42.     On or about June 3, 2020, **MARK ATLEE** taunted rival gang members on Instagram, saying "Y'all got guns we got guns we just don't post ours!!!!"

43.     On or about June 20, 2020, **MARK ATLEE** taunted rival gang members on Instagram, saying "u fuck with them opps so u gon die with em !"

44.     On or about July 27, 2020, on Instagram, **DERRICK BLAND** asked another FREE MONEY member, "Who selling 2 glocks … or a stick … and a glock," to which the other FREE MONEY member replied that he knew someone who was selling a "drake and Ar for like 1200 … on the backstreets," which is an area of Southeast Houston.

45.     On or about August 26, 2020, **MARK ATLEE** stated that he gets his money by committing "hits" or "plays," using "a gun … s&w40" and further said that he "had a XD 40," but that he lost it in a stolen car.

11

46. On or about August 29, 2020, **MARK ATLEE** planned to kill an individual because the individual "associate w the opps".

47. On or about October 25, 2020, **DERRICK BLAND** told a FREE MONEY associate who wanted to buy a handgun from **BLAND** that "you should've gave me some $ I would've got you one foo this here for them suckers when they try me again".

48. On or about November 3, 2020, a FREE MONEY member asked **DERRICK BLAND** to have **WALTER HARRIS** sell him two pounds of marijuana, but **BLAND** said the sale would have to wait until **HARRIS** was resupplied.

49. On or about November 19, 2020, **MAURKAEL BROWN** stated that he belonged to "push up," and Houston's Third Ward was "Scoot up Opps".

50. On or about November 20, 2020, **QUINCY ANDERSON** was with other FREE MONEY members and associates driving in a vehicle that contained a Glock 23 pistol with a laser sight, marijuana, scales, and two balaclava ski masks.

51. On or about February 24, 2021, **MAURKAEL BROWN** offered to go with another FREE MONEY member to "Jurassic Park," which is the South Park area of Houston, because there were "Opps that way u good u need me?".

52. On or about April 6, 2021, **MAURKAEL BROWN** and other FREE MONEY members and associates attempted to steal a catalytic converter from a vehicle and, when the vehicle's owner attempted to stop them, **BROWN** shot the owner in the head; later bragging about it.

53. On or about May 2, 2021, **MAURKAEL BROWN** identified an individual in a photo as member of the rival Scoot Up alliance.

54. On or about May 22, 2021, **MAURKAEL BROWN** told **QUINCY ANDERSON** that he was at the "trap," referring to a FREE MONEY drug trap house location.

55. On or about July 24, 2021, **MAURKAEL BROWN** offered to "get active" against rival gang members.

56. On or about October 16, 2021, **MAURKAEL BROWN** warned "we shoot mfs in they face in Houston for those words them disrespectful ass words I'm FREE MONEY ion play about respect …I lead a whole gang tf I look like letting u disrespect me when I got a gang who watch me and follow me …This shit a lifestyle FREEMONEY a whole life in Houston on the southside".

57. On or about October 30, 2021, **MAURKAEL BROWN** admitted that "I'm Push Up & Them Skoot Up Niggaz Our Opps!!".

58. On or about November 6, 2021, **WALTER HARRIS** was stationed at a FREE MONEY drug trap house location.

59. On or about November 23, 2021, a FREE MONEY member told **WALTER TOLBERT** that the FREE MONEY member started FREE MONEY with **JCOI BARLEY** and **TERRELL DAVIS**.

60. On or about December 5, 2020, **TERRELL DAVIS** stated the was looking for rival gang members to shoot, saying he was "opp shoppin."

61. On or about December 25, 2021, **DERRICK BLAND** told **JCOI BARLEY** that he was going to "push up" on **BARLEY** at a FREE MONEY drug trap house location.

62. On or about January 5, 2022, **WALTER TOLBERT** affirmed that he was a FREE MONEY member.

63.     On or about January 1, 2022, **WALTER HARRIS** warned rival gang members that "freemoney and backstreets niggas won't let u put a hand on me, and if u touch any 1 of them I'm drop them bands on ya."

64.     On or about January 13, 2022, **MAURKAEL BROWN** sent the message, "I fuck strictly with Free Money" to an Instagram group chat named "Freemoney Business," which included **WALTER TOLBERT, JASON ARGUETA, QUINCY ANDERSON, MAURKAEL BROWN, JOSE QUIROZ, SHAKEIL ANDERSON, MARK ATLEE, TERRELL DAVIS, JCOI BARLEY,** and other FREE MONEY members and associates.

65.     On or about March 11, 2022, **TERRELL DAVIS** replied to a text where someone was asking for two machine gun conversion devices for rifles and handguns, saying "we got em."

66.     On or about April 3, 2022, **QUINCY ANDERSON** and **TERRELL DAVIS** discussed FREE MONEY operations at a FREE MONEY drug trap house location, with **ANDERSON** telling **DAVIS,** "tryna run some money up."

67.     On or about April 4, 2022, **QUINCY ANDERSON** told **TERRELL DAVIS** that he just sold the drugs that **DAVIS** had fronted **Q. ANDERSON** on credit.

68.     On or about April 6, 2022, **QUINCY ANDERSON** and **TERRELL DAVIS** discussed **Q. ANDERSON** paying **DAVIS** for the narcotics that **DAVIS** had fronted him and the pricing for future drug deals.

69.     On or about April 7, 2022, **TERRELL DAVIS** told **QUINCY ANDERSON** "Bring them other zips hoe I got somebody want em"; to which **ANDERSON** replied, "tell them they can pull up on me & get them from the spot."

14

70. On or about April 10, 2022, **TERRELL DAVIS** told **QUINCY ANDERSON** "waiting … brother bring me them zips," and **ANDERSON** said he was "ready to get things started and will bring them in the morning."

71. On or about April 28, 2022, **MAURKAEL BROWN** asked **QUINCY ANDERSON** if the Missionary Village Apartments complex was in rival gang territory and **ANDERSON** replied that it was not, saying "everybody Push-Up over there."

72. On or about May 5, 2022, **WALTER HARRIS** and **JCOI BARLEY** discussed retaliating for the murder of S.G., a FREE MONEY associate.

73. On or about May 5, 2022, **DEANDRE THOMPSON** asked **MARK ATLEE** which FREE MONEY members or associates needed to be resupplied with drugs; **ATLEE** replied "Walt" and that he (**ATLEE**) wanted a "zip".

74. On or about May 6, 2022, **MARK ATLEE** asked **DEANDRE THOMPSON** if "zips are still a 100," and **THOMPSON** replied that they were.

75. On or about May 7, 2022, in an Instagram group chat named "Freemoney Business," which included FREE MONEY members and associates, **MAURKAEL BROWN** sentenced a FREE MONEY member to a 30-second beating as punishment for lying to the gang about how much money the member made from reselling a weapon.

76. On or about May 9, 2022, **JCOI BARLEY** told **WALTER HARRIS** that he knew which rival gang member was responsible for killing S.G. and "they were going to run into him tonight at the candlelight memorial".

77. On or about May 11, 2022, **JCOI BARLEY** told **WALTER HARRIS** that he was "ready to get cut off the leash" and attack rival gang members.

78.     On or about May 14, 2022, **WALTER HARRIS** told **JCOI BARLEY** that he just robbed "Scooby" and took all his money and pills because Scooby owed him money for drugs; **HARRIS** then gave **BARLEY** a description of the vehicle that Scooby was driving in case Scooby retaliated.

79.     On or about May 25, 2022, **SHAKEIL ANDERSON** asked **QUINCY ANDERSON** if he needed a Glock handgun.

80.     On or about May 27, 2022, **SHAKEIL ANDERSON** possessed a Glock handgun.

81.     On or about May 30, 2022, **QUINCY ANDERSON** asked **SHAKEIL ANDERSON** where items were located and **S. ANDERSON** told him "in trap," referring to a FREE MONEY drug trap house location. **S. ANDERSON** then asked if **JCOI BARLEY** and the others were "pushing up."

82.     On or about June 3, 2022, **JASON ARGUETA** told **SHAKEIL ANDERSON**, who was at a FREE MONEY drug trap house location to "serve a gram" to a drug customer.

83.     On or about June 5, 2022, **JASON ARGUETA** told **SHAKEIL ANDERSON** that the drugs were "secured."

84.     On or about June 5, 2022, **JOSE QUIROZ** sent a message to an Instagram group chat named "Freemoney Business," which included FREE MONEY members and associates, asking if anyone wanted to buy a machine gun.

85.     On or about June 9, 2022, **TERRELL DAVIS** possessed a Glock handgun while in a car with **SHAKEIL ANDERSON** and Jakobe Anderson (not a defendant in this count).

86.     On or about June 9, 2022, **SHAKEIL ANDERSON** told **QUINCY ANDERSON** that **TERRELL DAVIS** had been arrested and that police had seized a gun, but that police had missed

16

a second gun in the vehicle; **Q. ANDERSON** responded that they needed to get the vehicle out from where police towed it so that they could recover the second gun.

87. On or about June 9, 2022, **JOSE QUIROZ** sent a message to an Instagram group chat named "Freemoney Business," which included FREE MONEY members and associates, advertising crack cocaine for sale.

88. On or about June 10, 2022, **SHAKEIL ANDERSON** asked **JASON ARGUETA** if the price was still "90 a zip," to which **ARGUETA** replied that he best he could do was "250$ for 2".

89. On or about June 10, 2022, **SHAKEIL ANDERSON** arranged to bring a recruit wanting to join FREE MONEY to a FREE MONEY drug trap house location so the recruit could be jumped into the gang by **S. ANDERSON** and other FREE MONEY members.

90. On or about June 13, 2022, **SHAKEIL ANDERSON** beat-up FREE MONEY member "deezy" for violating FREE MONEY rules.

91. On or about June 13, 2022, **SHAKEIL ANDERSON** told a FREE MONEY associate not to associate with "deezy" because he had been kicked out of FREE MONEY.

92. On or about June 13, 2022, **MAURKAEL BROWN** removed "deezy" from the Instagram group chat named "Freemoney Business," which included FREE MONEY members and associates.

93. On or about June 13, 2022, **JOSE QUIROZ** sent a message to the Instagram group chat named "Freemoney Business," which included FREE MONEY members and associates, saying that he knew of three machinegun conversion devices available for purchase for $300 each.

17

94. On or about June 14, 2022, **JOSE QUIROZ** sent a message to the Instagram group chat named "Freemoney Business," which included FREE MONEY members and associates, stating that he had negotiated the price of the switches down to $250 each if they bought all three.

95. On or about June 17, 2022, **TERRELL DAVIS** located a gun for someone who wanted to purchase an untraceable firearm because **DAVIS** himself only had two machine gun conversion devices at that time.

96. On or about June 21, 2022, **SHAKEIL ANDERSON** told an individual who wanted to buy machine gun conversion devices that he would soon have them available; after which **S. ANDERSON** contacted **JOSE QUIROZ** to find out how many switches **QUIROZ**'s connection had left for sale.

97. On or about June 21, 2022, **JOSE QUIROZ** sent a video of an AR pistol with a bullet catcher to the Instagram group chat named "Freemoney Business," which included FREE MONEY members and associates, saying that it was for sale for $700.

98. On or about June 21, 2022, **WALTER TOLBERT** was recruited to join FREE MONEY and was told that he was always welcome at "the spot."

99. On or about June 22, 2022, **JOSE QUIROZ** explained on the Instagram group chat named "Freemoney Business," which included FREE MONEY members and associates, that **QUIROZ** didn't have the word "freemoney" listed on his Instagram page but rather only used the word "421," the anniversary of FREE MONEY member U.R.'s murder, because the "Feds is real."

100. On or about June 24, 2022, **SHAKEIL ANDERSON** told **JOSE QUIROZ** to come watch someone who wanted to be FREE MONEY be "put down into the gang".

101. On or about June 24, 2022, **SHAKEIL ANDERSON** posted a story on Instagram taunting rival gang members to "come outside before we ***** through them blinds."

18

102. On or about June 24, 2022, **TRAVONTE ARDOIN** and **TERRY ARDOIN** shot and killed rival gang member Shaquille Lewis and attempted to kill rival gang member T.P.

103. On or about June 25, 2022, **SHAKEIL ANDERSON** posted on Instagram stating "Freemoney the home team for them I'll do 99 to life."

104. On or about June 25, 2022, **SHAKEIL ANDERSON** said "Fuck scoot up," referring to rival gang members, to an Instagram user known to the Grand Jury.

105. On or about June 30, 2022, **SHAKEIL ANDERSON** posted on Instagram "free my twin" along with a news article about two FREE MONEY members who were charged with murder in Harris County.

106. On or about July 2, 2022, a FREE MONEY member sent a message to an Instagram group chat named "Freemoney Business," which included FREE MONEY members and associates, complaining that as soon as **JOSE QUIROZ** posted "a gun" for sale in the Freemoney Business chat everyone would try to buy that gun, instead of focusing on other areas; **MAURKAEL BROWN** responded "I'm a real street Nigga don't tell me how many guns to buy or how many to buy it's treacherous out here Idk what u mean by what u saying," "… ain't no limit on the tools we need them more than anything until the business klear."

107. On or about July 4, 2022, on the anniversary of the murder of a FREE MONEY member by rival gang members, **SHAKEIL ANDERSON** taunted rival gang members by posting on his Instagram account, "Don't shoot all y'all bullets Tonight and get smacked tomorrow."

108. On or about July 4, 2022, **MARK ATLEE** sent a text message to **SHAKEIL ANDERSON** asking whether there was extra 7.62 ammunition at "the spot."

109. On or about July 6, 2022, **SHAKEIL ANDERSON** posted on Instagram warning saying that individuals would be "targets" if they associated with rival gang members.

110. On or about July 6, 2022, **SHAKEIL ANDERSON** asked **DEANDRE THOMPSON** for 9 mm ammunition and **THOMPSON** responded that he would likely provide some on that Friday.

111. On or about July 7, 2022, **DEANDRE THOMPSON** asked **SHAKEIL ANDERSON** about obtaining a machine gun conversion device.

112. On or about July 7, 2022, **SHAKEIL ANDERSON** sent a message to an Instagram group chat named "Freemoney Business," which included FREE MONEY members and associates, stating "Y'all gotta stop leaving the door unlocked," in reference to the FREE MONEY drug trap house location at 8100 Leonora Street.

113. On or about July 8, 2022, **JCOI BARLEY** told **MAURKAEL BROWN** that there were "2 zips of dope" at a FREE MONEY drug trap house location.

114. On July 9, 2022, **SHAKEIL ANDERSON** told an Instagram user known to the Grand Jury said that he violated FREE MONEY member "deezy" and kicked him out of FREE MONEY for stealing and lying.

115. On or about July 10, 2022, **JCOI BARLEY, QUINCY ANDERSON, SHAKEIL ANDERSON, JYMONTE MCCLENDON, MMAURKAEL BROWN,** and other FREE MONEY members and associates created a rap video in which they brandished firearms, bragged about violent acts conducted by FREE MONEY, and threatened rival gangs.

116. On or about July 10, 2022, **MARK ATLEE** told **WALTER TOLBERT** the price at which they could buy quarter- and half-pounds of drugs.

117. On or about July 12, 2022, **WALTER TOLBERT, MARK ATLEE, SHAKEIL ANDERSON,** and other FREE MONEY members and associates posted a music video, entitled "letter 2 da opps" on YouTube, which they filmed at a FREE MONEY drug trap house location

and which showed FREE MONEY members holding weapons, proclaiming that they are FREE MONEY, and threatening retaliation against rival gangs.

118. On or about July 14, 2022, **MARK ATLEE** asked, "who got a glock fa sale?" and stated that he is only willing to pay $500 for it.

119. On or about July 18, 2022, **SHAKEIL ANDERSON** told **JCOI BARLEY** that he and other FREE MONEY members and associates were driving in the Third Ward area of Houston looking for rival gang members to shoot, and **BARLEY** told **ANDERSON** that he (**BARLEY**) was going to "hit a lick" on Southmore and **ANDERSON** should "check Nettelton Park" for rivals.

120. On or about July 18, 2022, **SHAKEIL ANDERSON** told **JCOI BARLEY** that he located two rival members to target for murder, to which **ANDERSON** stated that they would steal a car and head back to do a drive-by shooting.

121. On or about July 18, 2022, **JCOI BARLEY** told **SHAKEIL ANDERSON** not to speed since there were surveillance cameras nearby that could identify **ANDERSON** and the other FREE MONEY members and associates who were setting up to kill rivals.

122. On or about July 18, 2022, **SHAKEIL ANDERSON**, **MARK ATLEE** and other FREE MONEY members and associates conducted a drive-by shooting of a residence occupied by suspected rival gang members; after which **ANDERSON** reported to **BARLEY** that, "I hit one of them niggas in the stomach" and **BARLEY** warned **ANDERSON** "get off the phone."

123. On or about July 19, 2022, **WALTER TOLBERT** sent a message to the Instagram group chat named "Freemoney Business," which included FREE MONEY members and associates, asking who was selling guns, and another member responded that he knew of Glocks selling for $500-$600, to which **TOLBERT** replied that he would then meet up at a FREE MONEY drug trap house location to get the firearms.

21

124.     On Or about July 19, 2022, **JCOI BARLEY** told a FREE MONEY member that he (**BARLEY**) had to buy ammunition for other FREE MONEY members because they had used it during the drive-by shooting.

125.     On or about July 20, 2022, **SHAKEIL ANDERSON** sent a message to the Instagram group chat named "Freemoney Business," which included FREE MONEY members and associates, asking "Where the switches," to which **JOSE QUIROZ** replied that only AR rifles were available at $800 - $850 each, and sent photographs of two AR rifles to the group.

126.     On or about July 20, 2022, **TERRY ARDOIN** told **JCOI BARLEY** to give money to "pops" for a "brick" of cocaine and that they will "keep it in the rotation."

127.     On or about July 20, 2022, **JCOI BARLEY** told **WALTER HARRIS** that he was driving through the Third Ward and hunting rival gang members to kill but could not find anyone.

128.     On or about July 20, 2022, **JCOI BARLEY** told **WALTER HARRIS** that he and **JYMONTE MCCLENDON** planned on teaching younger members of FREE MONEY how to locate rival gang members and conduct drive-by shootings.

129.     On or about July 20, 2022, **JCOI BARLEY, DERRICK BLAND, MAURKAEL BROWN**, and **WALTER HARRIS** discussed attempts to locate a rival gang leader, A.N., so they could murder A.N.

130.     On or about July 21, 2022, **TERRY ARDOIN** told **JCOI BARLEY** that anyone wearing a chain with the rival gang Rich Kingz gang "RK" symbol was a target.

131.     On or about July 23, 2022, **JCOI BARLEY** told **TERRY ARDOIN** that D.H., a rival Rich Kingz gang member known as "Freak," had a flat tire at the intersection of 288 and Yellowstone and that **ANDOIN** needed to "hurry up." **ARDOIN** responded that he would be there

22

in 5 or 10 minutes; **BARLEY** asked **ARDOIN** what type of gun **ARDOIN** was bringing and if it was the one that **BARLEY** had given him.

132. On or about July 23, 2022, after sending **TERRY ADROIN** to find D.H., **JCOI BARLEY** told **DERRICK BLAND** to "stay on the phone, stay on the phone, I might need you. Get in your car … just get in your car and sit right there," and **BLAND** replied that he was "running to the car right now … I'm coming".

133. On or about July 23, 2022, at or near 6865 South Freeway, Houston, Texas, **TERRY ARDOIN,** while aided by other FREE MONEY members and associates, shot rival Rich Kingz gang member, D.H., in the head.

134. On or about July 23, 2022, after the shooting of D.H. and fearing retaliation by the rival gang, **JCOI BARLEY** asked **TERRY ARDOIN** where he was and when **ARDOIN** told him he was walking back to the spot, **BARLEY** warned him not to let rivals "catch you walking down the street."

135. On or about July 25, 2022, **WALTER HARRIS** told a FREE MONEY associate that it was "my people that put that smoke on them."

136. On or about July 26, 2022, **SHAKEIL ANDERSON** told **WALTER TOLBERT, DEANDRE THOMPSON** and another Free Money member that his (**S. ANDERSON'S**) "finger is itching," to which **THOMPSON** said that they had a car.

137. On or about July 27, 2022, **WALTER HARRIS** and **JCOI BARLEY** discussed obtaining **TERRY ARDOIN'S** court paperwork to try to determine if **ARDOIN** might be cooperating with law enforcement.

138. On or about July 27, 2022, **WALTER HARRIS** commented that they needed to paint a car to "change the color … you already know what we done".

23

139. On or about July 28, 2022, **TERRELL DAVIS** told **JCOI BARLEY** that he had been scouting out territory of the rival Purple Heart gang ─ the Villa Americana apartment complex ─ and found an "opening right there where everybody go in at" that would be a good target for a shooting. **DAVIS** responded that **SHAKEIL ANDERSON** was ready to do another drive-by shooting.

140. On or about July 30, 2022, **WALTER HARRIS** shot a rival gang member known as "Trouble," and later bragged that he "put the smoke on" Trouble, but was unsure of the extent of the injuries.

141. On or about August 2, 2022, **WALTER HARRIS** negotiated the purchase of crystal methamphetamine.

142. On or about August 2, 2022, a FREE MONEY member or associate told **JCOI BARLEY** he was willing to take part in a shooting of a rival gang member, but **BARLEY** advised him that it he was still planning the shooting and that it would not be that day since "[t]he laws is too hot."

143. On or about August 2, 2022, **WALTER HARRIS** asked **JCOI BARLEY** to send **HARRIS** an Instagram screen shot of a rival Purple Heart gang member who claimed responsibility for a drive-by shooting at a convenience store where FREE MONEY members congregate.

144. On or about August 2, 2022, **WALTER HARRIS** contacted the Purple Heart gang member who took responsibility for the convenience store shooting and told the gang member that FREE MONEY had put a bounty on his head.

145. On or about August 2, 2022, **WALTER HARRIS** told **JCOI BARLEY** about the warning he gave the Purple Heart gang member.

24

146.    On or about August 2, 2022, **JCOI BARLEY** and a rival Problem Gang member, R.P., were involved in a verbal altercation on Instagram because the rival gang member was disrespecting FREE MONEY.

147.    On or about August 2, 2022, **JCOI BARLEY** circled in his vehicle the home of the grandmother of the Problem Gang member, R.P., whom **BARLEY** believed was disrespecting FREE MONEY.

148.    On or about August 3, 2022, **SHAKEIL ANDERSON** and other FREE MONEY members conducted a drive-by shooting at the home of R.P.'s grandmother.

149.    On or about August 3, 2022, **SHAKEIL ANDERSON** taunted rival gang members on Instagram, stating that "Yo fat ass ain't killed nobody all you do is post food and workout every day . . . that's why we strike first".

150.    On or about August 3, 2022, at or near the Lenora Street FREE MONEY trap house location, **SHAKEIL ANDERSON** possessed a machine gun ─ a Glock handgun with a machine gun conversion device ("switch") attached.

151.    On or about August 4, 2022, **JCOI BARLEY** offered to provide drugs to another FREE MONEY member.

152.    On or about August 5, 2022, **JCOI BARLEY** and **WALTER HARRIS** instructed **JYMONTE MCCLENDON** and another FREE MONEY member to bring a gun to an unknown location so that a machine gun conversion device ("switch") could be installed on the gun, turning it into a machine gun.

153.    On or about August 5, 2022, in a FREE MONEY group Instagram chat that included **SHAKEIL ANDERSON, QUINCY ANDERSON, MAURKAEL BROWN, JASON ARGUETA** and other FREE MONEY members and associates, the group discussed that **S.**

25

**ANDERSON** has been repeatedly arrested with a gun, to which **S. ANDERSON** noted that "We beefing with the whole Houston"; **MAURKAEL BROWN** then said that "Either carry em or die just gotta move smart but not having one is not an option," and "Ain't Nobody In Our Family Living Legally! Some Of Our Luck Just Run Out Quicker Than The Next. But We Family We Help & Learn".

154. On or about August 8, 2022, **JYMONTE MCCLENDON** asked **JCOI BARLEY** to go "hit a lick" and **BARLEY** told him that he (**MCCLENDON)** needed to clear his debt with **MAURKAEL BROWN** before he would be allowed on another "lick."

155. On or about August 8, 2022, **JCOI BARLEY** told **WALTER HARRIS** that **JYMONTE MCCLENDON** owed **MAURKAEL BROWN** for a "lick."

156. On or about August 8, 2022, **JCOI BARLEY** gave **MAURKAEL BROWN** permission sell an "8-ball" of cocaine, an amount that **BARLEY** usually didn't sell, but **BARLEY** stated that since it was "Brown's people" he would allow it at a price of $20 per half gram.

157. On or about August 8, 2022, **MARK ATLEE** told **DEANDRE THOMPSON** to bring his gun because **ATLEE** needed him.

158. On or about August 9, 2022, **WALTER HARRIS** discussed a 10-kilogram methamphetamine purchase.

159. On or about August 10, 2022, **WALTER HARRIS** complained that **JYMONTE MCCLENDON** owed him $1,000 because **HARRIS** fronted **MCCLENDON** one-hundred, pre-rolled marijuana cigarettes to sell for which **HARRIS** had not yet been paid.

160. On or about August 10, 2022, **WALTER HARRIS** told **ORLANDO CALLOWAY** that **JYMONTE MCCLENDON** worked off the money that he owed by conducting a shooting for FREE MONEY.

161.  On or about August 11, 2022, **TERRELL DAVIS** told **JCOI BARLEY** that they needed to call a FREE MONEY meeting.

162.  On or about August 12, 2022, **JCOI BARLEY** complained that a FREE MONEY mandatory meeting notice for August 14, 2022, had been posted on Instagram, stating "I ain't postin that shit, I'll call and tell to people I ain't posting that dumb ass shit. That's organized, you know, I just know me. How it get looked at for me".

163.  On or about August 13, 2022, **SHAKEIL ANDERSON** posted a photo on Instagram of three Glock handguns with extended magazines and one handgun with an attached switch (which converts a semi-automatic firearm into a machine gun) and **S. ANDERSON** included a caption stating "fully zone" with an angel emoji, *meaning that the firearms were fully automatic and ready to turn someone into an angel.*

164.  On or about August 14, 2022, **SHAKEIL ANDERSON** posted on Instagram telling members to follow the FREEMONEY page on Instagram.

165.  On or about August 14, 2022, **SHAKEIL ANDERSON** sent an Instagram message stating that **S. ANDERSON, MAURKAEL BROWN** and another FREE MONEY member were at the Lenora Street FREE MONEY drug trap house location and that the meeting was to start at 5:00 p.m.

166.  On or about August 14, 2022, **MAURKAEL BROWN**, posted an Instagram message, stating "Mandatory!! 5pm Free Money MEETING DM US FOR TEH ADDY. If YOU "NOT THERE" U "NOT" Free Money. If you on the clock tap with in with somebody".

167.  On or about August 14, 2022, **TERRELL DAVIS** posted a message on stating "Y'all better push up rn dm for that addy It's mandatory OnlyTheFree".

27

168.   On or about August 14, 2022, **JCOI BARLEY** asked **MAURKAEL BROWN** if everyone was at the meeting and **BROWN** said they were there. **BARLEY** then said he and **JYMONTE MCCLENDON** were on their way.

169.   On or about August 14, 2022, **TERRY ARDOIN** and **JCOI BARLEY** discussed robbing the drug stash house of a rival Purple Heart gang member, "Ratchetman" (C.S.) and others, by conducting a home invasion robbery at the house.

170.   On or about August 14, 2022, while planning the home invasion robbery, **TERRY ARDOIN** told **JCOI BARLEY** that three or four people with guns were likely inside the house, and that the drugs and money were upstairs. **JYMONTE MCCLENDON**, who was present with **BARLEY**, agreed with the home invasion robbery plan; **BARLEY** noted that people were asking to "get in on it" and **ARDOIN** said they needed people who could "hit licks, kill, and do what was needed".

171.   On or about August 14, 2022, **JCOI BARLEY** asked **MAURKAEL BROWN** if he knew of three FREE MONEY members or associates who "could handle business" and wanted to make money in connection with the home invasion robbery of "Ratchetman"; **BROWN** replied that should discuss it when **BARLEY** arrived at the meeting.

172.   On or about August 14, 2022, **SHAKEIL ANDERSON, WALTER TOLBERT, DEANDRE THOMPSON, TERRELL DAVIS, MARKUAEL BROWN, JYMONTE MCCLENDON, TERRY ARDOIN, TRAVONTE ARDOIN, CHASE FRANKLIN-WILLIAMS, JASON ARGUETA, JOSE QUIROZ** and other FREE MONEY members and associates attended a mandatory FREE MONEY meeting at 8100 Lenora Street at which they further planned the home invasion robbery and murder of rival gang members at Ratchetman's house.

173. On or about August 14, 2022, **TERRY ARDOIN, MARKUAEL BROWN** and **JCOI BARLEY** drove by Ratchetman's house to case it for the home invasion robbery and murder before returning to 8100 Lenora Street.

174. On or about August 14, 2022, **WALTER TOLBERT, SHAKEIL ANDERSON, DEANDRE THOMPSON, TERRY ARDOIN, TRAVONTE ARDOIN, JYMONTE MCCLENDON, CHASE FRANKLIN-WILLIAMS, MARKAUEL BROWN**, and others got into vehicles and drove towards Ratchetman's house to conduct the home invasion robbery and murder.

175. On or about August 14, 2022, on the way to commit the planned home invasion robbery and murder, **MARKAUEL BROWN**, driving a stolen Black Chevrolet Equinox, fled from law enforcement with **TERRELL DAVIS, CHASE FRANKLIN-WILLIAMS**, and another FREE MONEY member in the vehicle.

176. On or about August 14, 2022, on the way to commit the planned home invasion robbery and murder, **JYMONTE MCCLENDON**, driving a red Hyundai Elantra, fled from law enforcement with **TRAVONTE ARDOIN** and another FREE MONEY member in the vehicle.

177. On or about August 14, 2022, **TRAVONTE ARDOIN** threw a gun out the window of the red Hyundai Elantra while fleeing police, and a second firearm, a MAC-10 semi-automatic, remained in the car.

178. On or about August 14, 2022, a vehicle containing **SHAKEIL ANDERSON, WALTER TOLBERT** and **DEANDRE THOMPSON** attempted to enter into a police-cordoned area to find and pick up fellow gang members who had fled before police found them.

179. On or about August 14, 2022, **MAURKAEL BROWN** told **JCOI BARLEY** that he hid from police in the bushes and was able to get away when his girlfriend picked him up.

29

180. On or about August 14, 2022, **SHAKEIL ANDERSON** posted on Instagram that, "Police took my switch so I went and bought another one" and included a video showing a machine gun comprised of a Glock handgun with an extended magazine and a machine gun conversion device ("switch") attached.

181. On or about August 15, 2022, **JCOI BARLEY** told **ORLANDO CALLOWAY** that **TERRY ARDOIN** wanted to know if **CALLOWAY** "could cook" crack cocaine for **ARDOIN**, and **CALLOWAY** responded, "yeah I got him."

182. On August 16, 2022, **TERRELL DAVIS** asked **JCOI BARLEY** to supply him with cocaine and commented that "you can make more money selling powder than crack."

183. On or about August 18, 2022, **JASON ARGUETA** in an Instagram group chat that included **DEANDRE THOMPSON, JYMONTE MCCLENDON, WALTER TOLBERT, QUINCY ANDERSON, MAURKAEL BROWN, JOSE QUIROZ, SHAKEIL ANDERSON, MARK ATLEE, TERRELL DAVIS, JCOI BARLEY** and other FREE MONEY members and associates, offered to sell a Glock firearm, "G17 gen 4," "575$," to which **THOMPSON** responded "Let me see it."

184. On or about August 18, 2022, **MARK ATLEE** asked **WALTER TOLBERT** to send him "them video I made on yo phone the day of the meeting," referring to the August 14, 2022, FREE MONEY meeting at 8100 Lenora Street, which the video showed **ATLEE, WALTER TOLBERT, DEANDRE THOMPSON, JASON ARGUETA, JOSE QUIROZ,** and other FREE MONEY members and associates in attendance at the meeting.

185. On or about August 20, 2022, an individual offered to sell **MAURKAEL BROWN** a machine gun conversion device and **BROWN** replied he would see who in FREE MONEY might

30

want to buy it, but told the seller that that FREE MONEY already had a supplier through **SHAKEIL ANDERSON**, who could obtain them for "like $350."

186. On or about August 20, 2022, **WALTER TOLBERT** posted on Instagram "weed on deck 8pm til whenever" with a FREE MONEY emoji.

187. On or about August 28, 2022, **DEANDRE THOMPSON** told **SHAKEIL ANDERSON** that he would "…put some money in the trap" so they could "…all sell weed" and "…all sell crack".

188. On or about August 30, 2022, **DEANDRE THOMPSON** asked **SHAKEIL ANDERSON** if **S. ANDERSON** wanted to sell crack cocaine.

189. On or about August 30, 2022, **MAURKAEL BROWN** called **SHAKEIL ANDERSON** and told him to tell **JASON ARGUETA** that **BROWN** left "work" in the car. **S. ANDERSON** responded that **ARGUETA** already knew and retrieved it.

190. On or about August 30, 2022, **SHAKEIL ANDERSON** agreed to purchase a gun for $800.

191. On or about September 1, 2022, **WALTER HARRIS** complained that **ORLANDER CALLOWAY** owed everyone at a FREE MONEY drug trap house location for selling drugs and noted that **CALLOWAY** "will sell cracks, he will sell ice, he will sell pills."

192. On or about September 1, 2022, **WALTER TOLBERT** and **SHAKEIL ANDERSON** discussed locating and retaliating against a person for threatening **S. ANDERSON'S** sister.

193. On or about September 5, 2022, **SHAKEIL ANDERSON** posted a message to a FREE MONEY group chat that included **MARK ATLEE, DEANDRE THOMPSON, WALTER TOLBERT** and other FREE MONEY members stating, "tap in ... food is on the line," meaning they had located a target for shoot.

31

194.    On or about September 5, 2022, a FREE MONEY member responded to **SHAKEIL ANDERSON'S** Instagram posting and called **S. ANDERSON** to determine his location and **S. ANDERSON** replied that he was on Scott Street.

195.    In the late evening hours, on or about September 5, 2022, **SHAKEIL ANDERSON** told **WALTER TOLBERT** that there is a "fish on the line" because rival gang member "DLock" had been spotted standing alone; **TOLBERT** then asked **S. ANDERSON** what was the plan.

196.    In the early morning hours, on or about September 6, 2022, **WALTER TOLBERT** and **SHAKEIL ANDERSON** attempted to murder G.G., by shooting him in the head and body while he sat in front of a convenience store located at 3014 Scott Street.

197.    On or about September 6, 2022, **TERRY ARDOIN** and another FREE MONEY member picked up **WALTER TOLBERT** and **SHAKEIL ANDERSON** from the area of the shooting at 3014 Scott Street and drove them to the England Street FREE MONEY drug trap house location to meet with **JCOI BARLEY**.

198.    On or about September 6, 2022, **SHAKEIL ANDERSON** in response to a question as to whether he "drilled" someone, **ANDERSON** replied that "we fucked their ass up … I kept checking the news trying to see did he go but that bitch ass n***a survived the head shot."

199.    On or about September 12, 2022, shortly after **TERRY ARDOIN** asked **SHAKEIL ANDERSON** to find gang members to conduct a drive-by shooting, **MARK ATLEE** and **DEANDRE THOMPSON** got into a vehicle at the Leonora Street FREE MONEY drug trap house location carrying weapons.

200.    On or about September 13, 2022, **MARK ATLEE** possessed a handgun that had been used in the August 2, 2022, drive-by shooting of rival, R.P.'s, grandmother's home.

32

201.    On or about September 14, 2022, a FREE MONEY member offered to sell **WALTER HARRIS** a gun for $650 because the FREE MONEY member needed the money to buy "work," later explaining that he needed buy an ounce of marijuana.

202.    On or about September 14, 2022, **TERRY ARDOIN** asked a FREE MONEY member what caliber bullets the gun **ARDOIN** got from the FREE MONEY member used, and the FREE MONEY member replied "7-6-2."

203.    On or about September 14, 2022, **ARDOIN** later asked a FREE MONEY member to send him a picture of "that dope" and the FREE MONEY member replied that he would send it immediately.

204.    Between on or about September 17, 2022, and on or about September 24, 2022, **TERRELL DAVIS** discussed purchasing a "ghost gun" that **DAVIS** believed was untraceable.

205.    On or about September 18, 2022, **JYMONTE MCCLENDON** contacted **JCOI BARLEY** to get money for legal fees and **BARLEY** told him to contact **TERRELL DAVIS**.

206.    On or about September 22, 2022, **MAURKAEL BROWN** asked **SHAKEIL ANDERSON** if he saw the AR on the couch at a FREE MONEY trap house location because **JYMONTE MCCLENDON** and another gang member were about to "get active."

207.    On or about September 28, 2022, **JCOI BARLEY** told **TERRY ARDOIN** that **ORLANDO CALLOWAY** could not cook cocaine because he needed masks and gloves.

208.    On or about September 28, 2022, **ORLANDO CALLOWAY** told **JCOI BARLEY** to give someone who was pulling up a "k-pack" for $150.

209.    On or about October 3, 2022, **DERRICK BLAND** asked **JCOI BARLEY** to let him know when the marijuana was sold because he needed to use the money for another gang member's

33

bond and **BLAND** further said that he wanted to get the bond payment out of the way so that he can focus on his own drug operations.

210. On or about October 4, 2022, **WALTER HARRIS** asked **JCOI BARLEY** about shared weapons kept at a FREE MONEY drug trap house location and **BARLEY** replied that, before he and **DERRICK BLAND** departed the location, **BARLEY** had put away the two guns.

211. On or about October 4, 2022, **JCOI BARLEY** warned **TERRY ARDOIN** that based on a jailed member's "paperwork," the federal government was watching FREE MONEY.

212. On or about October 10, 2022, **MARK ATLEE** asked **JCOI BARLEY** to give $800 for a FREE MONEY member's legal fees; **BARLEY** complained that it was short notice and that he gave more than that for **JYMONTE MCCLENDON'S** legal fees. **BARLEY** nonetheless agreed to provide the requested amount.

213. On or about October 12, 2022, in a recorded conversation, **TERRELL DAVIS** proclaimed "free money man, that's who we are."

214. On or about October 13, 2022, **JYMONTE MCCLENDON** told **JCOI BARLEY** that he had spotted a rival gang member for retaliation and said that he was willing to do a drive-by shooting targeting the rival.

215. On or about October 16, 2022, **TERRELL DAVIS** told **JCOI BARLEY** that he had lost the gun that **BARLEY** had given him, but the gun belonged to **WALTER HARRIS** not **BARLEY**.

216. On or about October 21, 2022, **JCOI BARLEY** possessed marijuana.

217. On or about October 21, 2022, **TERRELL DAVIS** possessed cocaine and marijuana.

218. On or about October 21, 2022, the Lenora Street FREE MONEY drug trap house contained cocaine, methamphetamine, and marijuana, drug paraphernalia, weapons and

34

ammunition, as well as credit cards, debit cards, and driver's licenses belonging to various unknown people.

219. On October 21, 2022, the England Street FREE MONEY drug trap house contained marijuana and cocaine, drug paraphernalia, weapons, and ammunition, as well as credit cards and debit cards belonging to various unknown people.

220. On or about February 25, 2023, **JASON ARGUETA** possessed a machine gun comprised of a stolen Glock handgun that was fitted with a machine gun conversion device and also possessed marijuana and oxycodone.

221. On February 4, 2023, **CHASE FRANKLIN-WILLIAMS** and other FREE MONEY members and associates, killed Reginald Reed and Brandon Forbes, and attempted to kill T.M.

222. On or about June 3, 2024, **WALTER TOLBERT** and other FREE MONEY members and associates stole jewelry, Sony PlayStations, and money from a pawn store, robbing the store employees at gunpoint.

**NOTICE OF SPECIAL SENTENCING FACTORS AS TO COUNT ONE**

223. As part of their agreement to conduct and participate in the conduct of the affairs of the FREE MONEY enterprise through a pattern of racketeering activity, the following defendants committed the following acts:

a. On or about October 6, 2019, **CHASE FRANKLIN-WILLIAMS,** and others known and unknown to the Grand Jury, while aiding and abetting each other, intentionally and knowingly caused the death of Mark Barnes-Calvin, in violation of Texas Penal Code Sections 19.02, 7.01, and 7.02.

b. On or about June 24, 2022, **TERRY ARDOIN** and **TRAVONTE ARDOIN**, and others known and unknown to the Grand Jury, while aiding and abetting each other, intentionally and

35

knowingly caused the death of Shaquille Lewis, in violation of Texas Penal Code Sections 19.02, 7.01, and 7.02.

c. On or about February 4, 2023, **CHASE FRANKLIN-WILLIAMS** and others known and unknown to the Grand Jury, while aiding and abetting each other, intentionally and knowingly caused the death of Reginald Reed and Brandon Forbes, in violation of Texas Penal Code Sections 19.02, 7.01, and 7.02.

d. Beginning on or about 2016 until the date of this Indictment, **JCOI BARLEY, WALTER HARRIS, TERRELL DAVIS, WALTER TOLBERT, SHAKEIL ANDERSON, QUINCY ANDERSON, TERRELL DAVIS, JAKOBE ANDERSON, MARK ATLEE, TERRY ARDOIN, DEANDRE THOMPSON, DEREK BLAND, JYMONE MCCLENDON, MARK ATLEE, MAURKAEL BROWN, ORLANDER CALLOWAY, JASON ARGUETA,** and **JOSE QUIROZ** did conspire and agree, together and with others known and unknown to the Grand Jury, to knowingly, intentionally, and unlawfully distribute and possess with intent to distribute 280 grams or more of mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

e. Beginning on or about 2016 until the date of this Indictment, **WALTER HARRIS, MAURKAEL BROWN,** and **JASON ARGUETA** did conspire and agree, together with others known and unknown to the Grand Jury, to knowingly, intentionally, and unlawfully distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

**All in violation of Title 18, United States Code, Section 1962(d).**

36

**COUNT TWO**
**(Murder in Aid of Racketeering)**

224.      Paragraphs 1 through 17  of Count One of this Indictment are re-alleged and incorporated by reference as though set forth fully herein.

225.      At all times relevant to this Indictment, its leaders, The Enterprise, through its leaders, members, and associates, engaged in racketeering activity, as defined in 18 United States Code Sections 1959(b)(1) and 1961(1), that is, multiple acts involving murder, chargeable under Texas Penal Code, Sections 19.02 , 7.01, 7.02, 15.01, 15.02, and 15.03; multiple offenses involving narcotics trafficking, in violation of Title 21, United States Code, Sections 841, 843, and 846; and multiple acts indictable under Title 18, United States Code, Section 1951 (relating to interference with commerce, robbery or extortion).

226.      On or about June 24, 2022, in the Southern District of Texas, defendants,

**TERRY ARDOIN a/k/a "Jericho," a/k/a"Terrio" and**
**TRAVONTE ARDION,**

and others known and unknown to the Grand Jury, while aiding and abetting each other, for the purpose of gaining entrance to and maintaining and increasing position in Free Money, an enterprise engaged in racketeering activity, did intentionally and knowingly murder Shaquille Lewis, in violation of Texas Penal Code Sections 19.02(b)(1) and (b)(2), 7.01, and 7.02(a)(2)

**All in violation of Title 18, United States Code, Sections 1959(a)(1) and 2**.

**COUNT THREE**
**(Attempted Murder in Aid of Racketeering – T.P.)**

227.      Paragraphs 224 through 225 of Count Two of this Indictment are re-alleged and incorporated by reference as though set forth fully herein.

228.      On or about June 24, 2022, in the Houston Division of the Southern District of Texas, defendants,

37

**TERRY ARDOIN a/k/a "Jericho," a/k/a "Terrio"** and
**TRAVONTE ARDION,**

and others known and unknown to the Grand Jury, while aiding and abetting each other, for the purpose of gaining entrance to and maintaining and increasing position in Free Money, an enterprise engaged in racketeering activity, did intentionally and knowingly attempt to murder T.P., in violation of Texas Penal Code Sections 19.02(b)(1) and (b)(2), 7.01, 7.02(a)(2), and 15.01.

**All in violation of Title 18, United States Code, Sections 1959(a)(5) and 2.**

## COUNT FOUR
**(Use of a Firearm During and in Relation to a Crime of Violence)**

229.     On or about June 24, 2022, in the Houston Division of the Southern District of Texas, defendants,

**TERRY ARDOIN a/k/a "Jericho," a/k/a "Terrio"** and
**TRAVONTE ARDION,**

and others known and unknown to the Grand Jury, while aiding and abetting each other, did knowingly use and carry at least one firearm during and in relation to a crime of violence for which each may be prosecuted in a court of the United States, namely, murder in aid of racketeering, as charged in Count Two of this Indictment, and attempted murder in aid of racketeering, as charge in Count Three of this Indictment, and in doing so did brandish and discharge said firearm.

**All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.**

## COUNT FIVE
**(Causing Death by Firearm)**

230.     On or about June 24, 2022, in the Houston Division of the Southern District of Texas, defendants,

**TERRY ARDOIN a/k/a "Jericho," a/k/a "Terrio"** and
**TRAVONTE ARDION,**

and others known and unknown to the Grand Jury, while aiding and abetting each other, in the

38

course of a violation of Title 18, United States Code, Section 924(c)(1)(A), as charged in Count Four of this Indictment, did cause the death of Shaquille Lewis through the use of a firearm, which killing constituted murder, as defined in Title 18, United States Code, Section 1111.

**All in violation of Title 18, United States Code, Sections 924(j)(1) and  2.**

<u>**COUNT SIX**</u>
**(Attempted Murder in Aid of Racketeering – D.H.)**

238.     Paragraphs 224 through 225 of Count Two of this Indictment are re-alleged and incorporated by reference as though set forth fully herein.

239.     On or about July 23, 2022, in the Houston Division of the Southern District of Texas, and elsewhere, defendants

**JCOI BARLEY,  a/k/a "Smiley," and
TERRY ARDOIN a/k/a "Jericho," a/k/a"Terrio,"**

and others known and unknown to the Grand Jury, while aiding and abetting each other, for the purpose of gaining entrance to, and maintaining and increasing position in Free Money, an enterprise engaged in racketeering activity, did intentionally and knowingly attempt to murder D.H., in violation of Texas Penal Code Sections 19.02(b)(1) and (b)(2), 7.01, 7.02(a)(2), and 15.01.

**All in violation of 18 United States Code, Sections 1959(a)(5) and 2.**

<u>**COUNT SEVEN**</u>
**(Use of a Firearm During and in Relation to a Crime of Violence)**

240.     On or about July 23, 2022, in the Houston Division of the Southern District of Texas, defendants

**JCOI BARLEY,  a/k/a "Smiley," and
TERRY ARDOIN a/k/a "Jericho," a/k/a"Terrio,"**

and others known and unknown to the Grand Jury, while aiding and abetting each other, did knowingly use and carry at least one firearm during and in relation to a crime of violence for which

each may be prosecuted in a court of the United States, namely, attempted murder in aid of racketeering, as charged in Count Six of this Indictment, and in doing so did brandish and discharge said firearm.

**All in violation of 18 United States Code, Sections 924(c)(1)(A)(iii) and 2.**

## COUNT EIGHT
**(Conspiracy to Interfere with Commerce by Robbery)**

241.     At all times material to this count, the address of 922 T.C. Jester Blvd., Houston, Texas, was a location engaged in interstate and foreign commerce and in an industry that affects interstate and foreign commerce.

242.     Beginning on an unknown date, but not later than on or about August 14, 2022, and continuing through at least October 21, 2022, in the Houston Division of the Southern District of Texas, defendants

**JCOI BARLEY a/k/a "Smiley,"**
**TERRELL DAVIS a/k/a "Rell D,"**
**WALTER TOLBERT a/k/a "Lil Walt,"**
**SHAKEIL ANDERSON a/k/a "keil" a/k/a "32,"**
**JAKOBE ANDERSON a/k/a "24,**
**CHASE FRANKLIN-WILLIAMS a/k/a "Janky,"**
**TERRY ARDOIN a/k/a "Jericho" a/k/a "Terrio,"**
**TRAVONTE ARDOIN,**
**DEANDRE THOMPSON a/k/a "Man Man,"**
**EMERY GOODLEY a/k/a "EJ,"**
**JYMONTE MCCLENDON a/k/a "Tuttie" a/k/a "Red Fox,"** and
**MAURKAEL BROWN a/k/a "Kael,"**

did knowingly and willfully conspire and agree together and with each other, and with other persons known and unknown to the Grand Jury, to obstruct, delay, and affect interstate commerce and the movement of any articles and commodities in commerce by means of a robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendants did unlawfully conspire to take and obtain property, namely,

40

controlled substances and U.S. Currency, by means of actual and threatened force, violence and fear of injury to those in possession of those items.

**All in violation of 18 United States Code, Section 1951(a).**

## COUNT NINE
**(Attempt to Possess with the Intent to Distribute a Controlled Substance)**

243.     On or about August 14, 2022, in the Houston Division of the Southern District of Texas, defendants,

**JCOI BARLEY a/k/a "Smiley,"
TERRELL DAVIS a/k/a "Rell D,"
WALTER TOLBERT a/k/a "Lil Walt,"
SHAKEIL ANDERSON a/k/a "keil" a/k/a "32,"
JAKOBE ANDERSON a/k/a "24,"
CHASE FRANKLIN-WILLIAMS a/k/a "Janky,"
TERRY ARDOIN a/k/a "Jericho" a/k/a "Terrio,"
TRAVONTE ARDOIN,
DEANDRE THOMPSON a/k/a "Man Man,"
EMERY GOODLEY a/k/a "EJ,"
JYMONTE MCCLENDON a/k/a "Tuttie" a/k/a "Red Fox," and
MAURKAEL BROWN a/k/a "Kael,"**

while aiding and abetting each other, and with persons known and unknown to the Grand Jury, did knowingly and intentionally attempt to possess with the intent to distribute at least ten pounds of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

**All in violation of 21 United States Code, Section 846 and 18 United States Code, Section 2.**

## COUNT TEN
**(Attempt to Interfere with Commerce by Robbery)**

244.     On or about August 14, 2022, in the Houston Division of the Southern District of Texas, defendants,

**JCOI BARLEY a/k/a "Smiley,"**

41

**TERRELL DAVIS a/k/a "Rell D,"**
**WALTER TOLBERT a/k/a "Lil Walt,"**
**SHAKEIL ANDERSON a/k/a "keil" a/k/a "32,"**
**JAKOBE ANDERSON a/k/a "24,"**
**CHASE FRANKLIN-WILLIAMS a/k/a "Janky,"**
**TERRY ARDOIN a/k/a "Jericho" a/k/a "Terrio,"**
**TRAVONTE ARDOIN,**
**DEANDRE THOMPSON a/k/a "Man Man,"**
**EMERY GOODLEY a/k/a "EJ,"**
**JYMONTE MCCLENDON a/k/a "Tuttie" a/k/a "Red Fox,"** and
**MAURKAEL BROWN a/k/a "Kael,"**

with other known and unknown to the Grand Jury, did attempt to obstruct, delay, and affect

interstate commerce and the movement of any articles and commodities in commerce by means of

robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code,

Sections 1951(b)(1) and (b)(3), in that the defendants did unlawfully attempt to take and obtain

property, namely, controlled substances and U.S. Currency, by means of actual and threatened

force, violence and fear of injury to those in possession of those items.

**All in violation of 18 United States Code, Section 1951(a).**

### <u>COUNT ELEVEN</u>
**(Attempted Murder in Aid of Racketeering – C.S.)**

246. Paragraphs 224 through 225 of Count Two of this Indictment are re-alleged and
incorporated by reference as though set forth fully herein.

246. On or about August 14, 2022, in the Houston Division of the Southern District of

Texas, and elsewhere, defendants

**JCOI BARLEY a/k/a "Smiley,"**
**TERRELL DAVIS a/k/a "Rell D,"**
**WALTER TOLBERT a/k/a "Lil Walt,"**
**SHAKEIL ANDERSON a/k/a "keil" a/k/a "32,"**
**JAKOBE ANDERSON a/k/a "24,"**
**CHASE FRANKLIN-WILLIAMS a/k/a "Janky,"**
**TERRY ARDOIN a/k/a "Jericho" a/k/a "Terrio,"**
**TRAVONTE ARDOIN,**
**DEANDRE THOMPSON a/k/a "Man Man,"**

42

**EMERY GOODLEY a/k/a "EJ,"**
**JYMONTE MCCLENDON a/k/a "Tuttie" a/k/a "Red Fox," and**
**MAURKAEL BROWN a/k/a "Kael,"**

and others known and unknown to the Grand Jury, while aiding and abetting each other, for the purpose of gaining entrance to and maintaining and increasing position in Free Money, an enterprise engaged in racketeering, did intentionally and knowingly attempt to murder C.S., in violation of Texas Penal Code Sections 19.02(b)(1) and (b)(2), 7.01, 7.02(a)(2), and 15.01.

**All in violation of 18 United States Code, Sections 1959(a)(5) and 2.**

### COUNT TWELVE
**(Possession of a Machine Gun)**

247.     On or about August 14, 2022, in the Houston Division of the Southern District of Texas, defendants

**TERRELL DAVIS a/k/a "Rell D,"**
**JAKOBE ANDERSON a/k/a "24,"**
**CHASE FRANKLIN-WILLIAMS a/k/a "Janky,"  and**
**MAURKAEL BROWN a/k/a "Kael"**

and others known and unknown to the Grand Jury, while aiding and abetting each other, did knowingly possess at least one machinegun as defined by Title 18, United States Code, Section 921(a)(24) and Title 26, United States Code, Section 5845(b), that is, at least one Glock handgun with a machine gun conversion device, in violation of Title 18, United States Code, Section 922(o).

**All in violation of 18 United States Code, Section 922(o).**

### COUNT THIRTEEN
**(Carrying of a Firearm During and in Relation to a Drug Trafficking Crime)**

248.     On or about August 14, 2022, in the Houston Division of the Southern District of Texas, defendants

**TERRELL DAVIS a/k/a "Rell D,"**
**JAKOBE ANDERSON a/k/a "24,"**
**CHASE FRANKLIN-WILLIAMS a/k/a "Janky," and**

43

**MAURKAEL BROWN a/k/a "Kael,"**

and others known and unknown to the Grand Jury, while aiding and abetting each other, did knowingly use and carry at least one firearm, during and in relation to a drug trafficking crime for which each may be prosecuted in a court of the United States, namely, knowingly and intentionally conspiring to possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 846, as charged in Count Nine of this Indictment.

**All in violation of 18 United States Code, Sections 924(c)(1)(A)(i), (B)(ii), and 2.**

## COUNT FOURTEEN
### (Carrying of a Firearm During and in Relation to a Violent Crime)

257.     On or about August 14, 2022, in the Houston Division of the Southern District of Texas, defendants

**JCOI BARLEY a/k/a "Smiley,"**
**WALTER TOLBERT a/k/a "Lil Walt,"**
**SHAKEIL ANDERSON a/k/a "keil" a/k/a "32,"**
**TERRY ARDOIN a/k/a "Jericho" a/k/a "Terrio,"**
**TRAVONTE ARDOIN,**
**DEANDRE THOMPSON a/k/a "Man Man,"**
**EMERY GOODLEY a/k/a "EJ," and**
**JYMONTE MCCLENDON a/k/a "Tuttie" a/k/a "Red Fox,"**

and others known and unknown to the Grand Jury, while aiding and abetting each other, did knowingly use and carry at least one firearm, during and in relation to a crime of violence for which each may be prosecuted in a court of the United States, namely, attempted murder in aid of racketeering, as charged in Count Eleven of this Indictment.

**All in violation of 18 United States Code, Sections 924(c)(1)(A)(i), and 2.**

## COUNT FIFTEEN
### (Conspiracy to Commit Murder in Aid of Racketeering – C.S.)

258.     Paragraphs 224 through 225 of Count Two of this Indictment are re-alleged and incorporated by reference as though set forth fully herein.

44

259.     On or about August 14, 2022, in the Houston Division of the Southern District of Texas, and elsewhere, defendants

**JCOI BARLEY a/k/a "Smiley,"**
**TERRELL DAVIS a/k/a "Rell D,"**
**WALTER TOLBERT a/k/a "Lil Walt,"**
**SHAKEIL ANDERSON a/k/a "keil" a/k/a "32,"**
**JAKOBE ANDERSON a/k/a "24,"**
**CHASE FRANKLIN-WILLIAMS a/k/a "Janky,"**
**TERRY ARDOIN a/k/a "Jericho" a/k/a "Terrio,"**
**TRAVONTE ARDOIN,**
**DEANDRE THOMPSON a/k/a "Man Man,"**
**EMERY GOODLEY a/k/a "EJ,"**
**JYMONTE MCCLENDON a/k/a "Tuttie" a/k/a "Red Fox,"** and
**MAURKAEL BROWN a/k/a "Kael,"**

and others known and unknown to the Grand Jury, for the purpose of gaining entrance to and maintaining and increasing position in Free Money, an enterprise engaged in racketeering, did knowingly and intentionally combine, conspire, confederate, and agree together and with each other, to murder C.S., in violation of Texas Penal Code, Sections 19.02(b)(1) and (b)(2), and 15.02.

     **All in violation of 18 U.S.C. § 1959(a)(5).**

### COUNT SIXTEEN
**(Attempted Murder in Aid of Racketeering – G.G.)**

260.     Paragraphs 224 through 225 of Count Two of this Indictment are re-alleged and incorporated by reference as though set forth fully herein.

261.     On or about September 6, 2022, in the Houston Division of the Southern District of Texas, and elsewhere, defendants

**WALTER TOLBERT a/k/a "Lil Walt,"** and
**SHAKEIL ANDERSON a/k/a "keil" a/k/a "32,"**

and others known and unknown to the Grand Jury, while aiding and abetting each other, for the purpose of gaining entrance to, and maintaining and increasing position in, Free Money, an enterprise engaged in racketeering activity, did intentionally and knowingly attempt to murder

45

G.G., in violation of Texas Penal Code Sections 19.02(b)(1) and (b)(2), 7.01, 7.02(a)(2), and 15.01.

**All in violation of 18 United States Code, Sections 1959(a)(5) and 2.**

## COUNT SEVENTEEN
**(Use of a Firearm During and in Relation to a Crime of Violence)**

262.　　On or about September 6, 2022, in the Houston Division of the Southern District of Texas, defendants

**WALTER TOLBERT a/k/a "Lil Walt," and**
**SHAKEIL ANDERSON a/k/a "keil" a/k/a "32,"**

and others known and unknown to the Grand Jury, while aiding and abetting each other, did knowingly use and carry a firearm during and in relation to a crime of violence for which each may be prosecuted in a court of the United States, namely, attempted murder in aid of racketeering, as charged in Count Sixteen of this Indictment, and in doing so did brandish and discharge said firearm.

**All in violation of 18 United States Code, Sections 924(c)(1)(A)(iii), and 2.**

## COUNT EIGHTEEN
**(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)**

263.　　Beginning in or about 2016, until the date of this Indictment, in the Houston Division of the Southern District of Texas, defendants

**JCOI BARLEY a/k/a "Smiley,"**
**WALTER HARRIS,**
**TERRELL DAVIS a/k/a "Rell D,"**
**WALTER TOLBERT a/k/a "Lil Walt,"**
**SHAKEIL ANDERSON a/k/a "keil" a/k/a "32,"**
**QUINCY ANDERSON a/k/a "Q,"**
**JAKOBE ANDERSON a/k/a "24,"**
**CHASE FRANKLIN-WILLIAMS a/k/a "Janky,"**
**TERRY ARDOIN a/k/a "Jericho" a/k/a "Terrio,"**
**TRAVONTE ARDOIN,**
**DEANDRE THOMPSON a/k/a "Man Man,"**
**DERRICK BLAND,**

46

**EMERY GOODLEY a/k/a "EJ,"**
**JYMONTE MCCLENDON a/k/a "Tuttie" a/k/a "Red Fox,"**
**MARK ATLEE a/k/a "Lil Mark,"**
**MAURKAEL BROWN a/k/a "Kael,"**
**ORLANDER CALLOWAY a/k/a "Tuey,"**
**JAYLON LEVINE,**
**JASON ARGUETA Jaso" a/k/a "Jayso,"** and
**JOSE QUIROZ,**

knowingly and intentionally combined, conspired, confederated, and agreed together and with each other, and with persons known and unknown to the Grand Jury, to possess with the intent to distribute and distribute various controlled substances, including a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance; a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; and a mixture and substance of marijuana, a Schedule I Controlled Substance.

All in violation of Title 21, United States Code, Section 846.

QUANTITY ATTRIBUTIONS

The defendants, **JCOI BARLEY, WALTER HARRIS, TERRELL DAVIS, WALTER TOLBERT, SHAKEIL ANDERSON, QUINCY ANDERSON, JAKOBE ANDERSON, TERRY ARDOIN, DEANDRE THOMPSON, DERRICK BLAND, JYMONTE MCCLENDON, MARK ATLEE, MAURKAEL BROWN, ORLANDER CALLOWAY, JAYLON LEVINE, JASON ARGUETA,** and **JOSE QUIROZ,** knew from their own conduct as members of the conspiracy charged in Count Eighteen and from the readily foreseeable conduct of other members of that conspiracy that the conspiracy involved a quantity of at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii).

The defendants, **JCOI BARLEY, WALTER HARRIS, TERRELL DAVIS, WALTER**

47

**TOLBERT, SHAKEIL ANDERSON, QUINCY ANDERSON, JAKOBE ANDERSON, TERRY ARDOIN, DEANDRE THOMPSON, DERRICK BLAND, JYMONTE MCCLENDON, MARK ATLEE, MAURKAEL BROWN, ORLANDER CALLOWAY, JAYLON LEVINE, JASON ARGUETA,** and **JOSE QUIROZ,** knew from their own conduct as members of the conspiracy charged in Count Eighteen and from the readily foreseeable conduct of other members of that conspiracy that the conspiracy involved a quantity of at least 280 grams of a mixture and substance containing cocaine, its salts, optical and geometric isomers, and salts of isomers, which contains cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A)(iii).

<u>**NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE**</u>
**(Fed. R. Crim. P. 32.2.)**

**I.**
<u>**RICO Violation and Forfeiture Statutes**</u>
**[Title 18 U.S.C. § 1962(d),**
**subject to forfeiture pursuant to Title 18 U.S.C. §§ 1963].**

Upon conviction of the offense alleged in Count One of this Indictment, defendants, **JCOI BARLEY, WALTER HARRIS, TERRELL DAVIS, WALTER TOLBERT, SHAKEIL ANDERSON, QUINCY ANDERSON, CHASE FRANKLIN-WILLIAMS, TERRY ARDOIN, TRAVONTE ARDOIN, DEANDRE THOMPSON, DERRICK BLAND, JYMONTE MCCLENDON, MARK ATLEE, MAURKAEL BROWN, ORLANDER CALLOWAY, JASON ARGUETA,** and **JOSE QUIROZ**, shall forfeit to the United States, pursuant to Fed. R. Crim. P. 32.2 and Title 18, United States Code, Section 1963:

    a.  any interest acquired and maintained in violation of Title 18, United States Code, Section 1962, which interests are subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 1963(a)(1);

    b.  any interest in, security of, claims against, and property and contractual rights of any kind affording a source of influence over, the enterprise which the defendant(s) has

48

established, operated, controlled, conducted, and participated in the conduct of, in violation of Title 18, United States Code, Section 1962, which interests, securities, claims, and rights are subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 1963(a)(2); or

c. any property constituting and derived from any proceeds which the defendant(s) obtained, directly and indirectly, from racketeering activity (or unlawful debt collection), in violation of Title 18, United States Code, Section 1962, which property is subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 1963(a)(3).

All pursuant to Title 18, United States Code, Section 1963.

## II.
## Drug Violations and Forfeiture Statutes
### (Title 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), and 846, subject to forfeiture pursuant to Title 21 U.S.C. §§ 853(a)(1) and (2))

As a result of the foregoing criminal violations set forth in Counts Nine and Eighteen, the United States of America gives notice to the Defendants of its intent to seek the forfeiture of the property described below upon conviction pursuant to Fed. R. Crim. P. 32.2 and Title 21, United States Code, Sections 853(a)(1) and (2), which state:

**Title 21 U.S.C. § 853. Criminal forfeitures**
**(a) Property subject to criminal forfeiture**
Any person convicted of a violation of this subchapter or subchapter II of this chapter punishable by imprisonment for more than one year shall forfeit to the United States, irrespective of any provision of State law—
**(1)** any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation;
**(2)** any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

This Notice of Demand for Forfeiture includes, but is not limited to the property described below.

## III.
## Substitute Assets

If any of the property described above as being subject to forfeiture for the violations set forth above, as a result of any act or omission of the Defendants:

49

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States of America to seek forfeiture of any other property, up to the

value of said money judgment, as substitute assets pursuant to Title 18, United States Code,

Section 1963(m), Title 21, United States Code, Section 853(p) and Fed. R. Crim. P. 32.2(e)(1).

A TRUE BILL

Original Signature on File

GRAND JURY FOREPERSON

NICHOLAS J. GANJEI
United States Attorney
Southern District of Texas

*B. Hunter Brown*

Benjamin Brown
Assistant United States Attorney

DAVID L. JAFFE
Chief, Violent Crime and Racketeering Section
United States Department of Justice

*Ralph Paradiso*

RALPH PARADISO
Trial Attorney
United States Department of Justice
Violent Crime and Racketeering Section