**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

UNITED STATES OF AMERICA

v.                                                  Case Number: 4:22−cr−00577

Jcoi Barley, Maurkael Brown, Terrell
Davis, Jymonte McClendon, Emery
Goodley, Terry Ardoin, Travonte Ardoin,
Chase Franklin−Williams, Jakobe
Anderson, Walter Harris, Walter Tolbert,
Shakeil Anderson, Quincy Anderson,
Deandre Thompson, Derrick Bland, Mark
Atlee, Orlander Calloway, Jaylon Levine,
Jason Argueta, Jose Quiroz

---

**NOTICE OF SETTING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN
SCHEDULED AS SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 6/26/2026

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Motion Hearing

Date: May 13, 2026

Nathan Ochsner, Clerk
by L. Edwards, Deputy Clerk
