Jcoi Naquon Barley

8-10-26

United States Courts
Southern District of Texas
FILED
AUG 20 2026
Nathan Ochsner, Clerk of Court

Hey how you doing MR. Alfred Bennet this is Jcoi Barley writting you. I am Number one on the FREE-Money RICO No one knows I'm writting this or nobody help me write this. It's just when you called all (20) of us to Court and made your speach I felt deep in my heart you could be a fair person you someone I would wanna open up to about this situation I feel if you knew the Real you would handle things accordingly. Sie, I been gone for forty-three months they haven't been letting me plea guilty for the last 4 years Due to me not properly being charged Lisa Collins Told they suppose to find a proper phone call case I've been waiting on that since 10-21-22 Now Instead of that they have me charged with conspiracy to Interfere With Commerce by Robbery Due to a Informat getting weed from another State I have another count for 10 pounds of weed he had or was selling that I never knew nothing about no agreements on nor did I care or attempt to go now I have my count 5 attempt to Interfere with Commerce by Robbery MR. Alfred Bennet I never went or agreed Now I have my Count 6 (attempted murder in aid of Racketeering witch I didn't agree to or I didn't go Plus I have Count 7 (Carrying of a firearm during in Retalation

To a Violent Crime witch the only way I Should have these Charges as if I was there fully active feet on the floor and everybody know that's not Case and my count 8 Conspiracy to Commit Murder in aid of Racketeering The agent's in Lisa Collins Said SMILEY aka Jcoi Barley was so (LIVID) towards everything that's why I Don't Understand why they have me number one or the main problem on this Case not to mention It's a 2016-2026 Investigation (eight) out of those 10 years Barley been in Jail MR. Alfred Bennet I'm not asking to walk away scotch free I JUST want a fair and honest ending the system hung me once before behind all The hear-say my name Comes with I'm SCARED It may happen again This letter I wrote you today is JUST a Heart to Heart asking for a fair Ending.

Jcoi Barley #08098506
P.O Box 52625
Federal Dentention
Houston, Texas 77052-6255
United States




United States Courts
Southern District of Texas
FILED
AUG 20 2026
Nathan Ochsner, Clerk of Court

Alford Bennet
515 Rusk Room 9110
Houston Tx, 77002

THIS CORRESPONDENCE IS FROM AN INMATE
IN CUSTODY OF THE BUREAU OF PRISONS

77002$1650 C057